**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-6072

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RONALD WILLIAM HAMMOND,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (CR-96-175-CCB, CA-97-4282-CCB)

Submitted: May 13, 1999                    Decided: May 19, 1999

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Ronald William Hammond, Appellant Pro Se. Lynne Ann Battaglia, United States Attorney, Gregory Welsh, Assistant United States Attorney, Katharine Jacobs Armentrout, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronald William Hammond seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998), and declining to grant relief from the judgment under Fed. R. Civ. P. 60(b). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Hammond, Nos. CR-96-175-CCB; CA-97-4282-CCB (D. Md. Dec. 22, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2